NUMBER 13-03-472-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________________


ANDY'S MARINE, INC., Appellant,


v.



THE ESTATE OF LUCIO ESPARZA, BY AND 

THROUGH RACHEL ESPARZA, AND RACHEL 

ESPARZA, INDIVIDUALLY, ET AL., Appellees.

________________________________________________________________


On appeal from the 370th District Court


of Hidalgo County, Texas.


________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Hinojosa, Yañez, and Garza


Opinion Per Curiam


 Appellant, ANDY'S MARINE, INC., attempted to perfect an appeal from a
judgment entered by the 370th District Court of Hidalgo County, Texas, in cause
number C-5810-99-G. After the notice of appeal was filed, appellant filed a motion
to dismiss the appeal without prejudice. In the motion, appellant states that it no
longer wishes to prosecute this appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 25th day of September, 2003.